```
                   ✓ FILED        ___ RECEIVED
                   ___ ENTERED    ___ SERVED ON
                                  COUNSEL/PARTIES OF RECORD

                          JUL 29 2009

                       CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                   BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| LESLIE M. CHOKA, | 3:09-CV-00283-ECR-RAM |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: July 28, 2009 |
| JAMES GIBBONS; DAVID SARNOWSKI; LAW CLERKS OF FIRST JUDICIAL DISTRICT COURT / A TO Z /; THE CITY OF CARSON; and THE STATE OF NEVADA, | |
| Defendants. | |

PRESENT:   **EDWARD C. REED, JR.**              U. S. DISTRICT JUDGE

Deputy Clerk:  **COLLEEN LARSEN**   Reporter:  **NONE APPEARING**

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that Defendant David Sarnowski's Motion to Dismiss (#7), filed on July 9, 2009, is **GRANTED**. Defendant Sarnowski is dismissed from the case.

Defendant Sarnowski is sued in his official capacity. Sovereign immunity bars an action against the State or an agency thereof with exceptions not applicable here. A suit against a party in his official capacity is the same as a suit against the State. In any event, Plaintiff's Complaint (#5) fails to state a claim against Defendant Sarnowski upon which relief can be granted in this case.

LANCE S. WILSON, CLERK

By _____/s/_____
   Deputy Clerk